Undeliverable Address:
Pinnacle Credit Services

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

7900 HIGHWAY 7 MINNEAPOLIS MN 55426

Signature of Debtor or Debtor's Attorney             Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

[?] **B_P716701503180052.PDF**
    6 KB